```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Brandon Calledare</u>

    v.                                                Civil No. 14-cv-416-LM

<u>Samantha Potter</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 30, 2014.

    SO ORDERED.

                                                          _____
                                                          Landya B. McCafferty
                                                          United States District Judge

Date: November 18, 2014

cc:  Brandon Calledare, pro se